SALADINO, Respondent, v. CAGLIOSTRO, Appellant. (Supreme Court, Appellate Division, First Department. December 27, 1907.) Action by Domenico Saladino against Antonio Cagliostro. W. C. Low, for appellant. A. D. Lind, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

SALADINO, Respondent, v. COZINE, Appellant. (Supreme Court, Appellate Division, Second Department. January 17, 1908.) Action by Anthony F. Saladino against James J. Cozine.
PER CURIAM. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, on the ground that the judgment is against the weight of evidence as to the price for the entire work.
HOOKER, J., dissents.

SAPHIR, Respondent, v. TERRY & TENCH CO., Appellant. (Supreme Court, Appellate Division, First Department. February 7, 1908.) Action by Rika Saphir against the Terry & Tench Company. No opinion. Motion denied, with $10 costs. Order filed.

SAUER, Appellant, v. MUNDERICH, Respondent. (Supreme Court, Appellate Division, Second Department. January 24, 1908.) Action by Annie Sauer against Fred Munderich.
PER CURIAM. Judgment of the Municipal Court affirmed, with costs.
JENKS and RICH, JJ., dissent.

SAVAGE, Respondent, v. SAVAGE ARMS CO., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 25, 1908.) Action by Arthur W. Savage against the Savage Arms Company. No opinion. Judgment and order affirmed, with costs.

SCHNITZER, Respondent, v. PRICE, Appellant. (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Action by Barnett Schnitzer against Joseph Price. No opinion. Motion for reargument, or for leave to appeal to the Court of Appeals, denied, without costs. See 106 N. Y. Supp. 767.

SCHOENHUT, Respondent, v. SCHOENHUT, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 8, 1908.) Action by Elizabeth Schoenhut against Albert Schoenhut.
PER CURIAM. Orders affirmed, with $10 costs.
WILLIAMS and KRUSE, JJ., dissent.

SCHOENHUT, Respondent, v. SCHOENHUT, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 8, 1908.) Action by Elizabeth Schoenhut against Albert Schoenhut.
PER CURIAM. Judgment affirmed, with costs.
WILLIAMS and KRUSE, JJ., dissent.

SCHOENHUT, Respondent, v. SCHOENHUT, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 8, 1908.) Action by Elizabeth Schoenhut against Albert Schoenhut.
PER CURIAM. Order affirmed, with $10 costs and disbursements.
WILLIAMS and KRUSE, JJ., dissent.

SCHOMACHER v. MICHAELS. (Supreme Court, Appellate Division, First Department. December 27, 1907.) Action by Dierck Schomacher against Sophia Michaels. No opinion. Motion granted. Order filed.

SCHOMACHER v. MICHAELS. (Supreme Court, Appellate Division, First Department. February 7, 1908.) Action by Dierck Schomacher against Sophia Michaels. No opinion. Motion denied. Order filed.

SCHREIBER, Appellant, v. OHMEIS et al., Respondents. (Supreme Court, Appellate Division, First Department. January 24, 1908.) Action by Rudolph Schreiber against Frederick Ohmeis and others. E. W. S. Johnston, for appellant. A. Benedict, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SHERWOOD, Appellant, v. RULON, Respondent. (Supreme Court, Appellate Division, Second Department. January 24, 1908.) Action by M. Cecelia Sherwood, as trustee, etc., against Carrie M. Rulon. No opinion. Order affirmed, on argument, with $10 costs and disbursements.

SHERWOOD, Appellant, v. RULON, Respondent. (Supreme Court, Appellate Division, Second Department. January 24, 1908.) Action by M. Cecelia Sherwood, as trustee, etc., against Carrie M. Rulon. No opinion. Motion dismissed, without costs.

SHIRLEY v. BERNHEIM. (Supreme Court, Appellate Division, First Department. February 14, 1908.) Action by James Shirley against Lee S. Bernheim. No opinion. Motion denied, with $10 costs. Order filed.

SINCLAIR, Respondent, v. ZIPFEL, Appellant. (Supreme Court, Appellate Division, First Department. February 21, 1908.) Action by Joseph F. Sinclair against John Zipfel, Jr. H. C. Burnstine, for appellant. J. S. Hess, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SIRKES, Respondent v. McCORMACK et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 24, 1908.) Action by Morris Sirkes against Owen McCormack and others. No opinion. Judgment of the Municipal Court affirmed, with costs.

SLATER, Appellant, v. GRANNEMANN, Respondent. (Supreme Court, Appellate Division, Third Department. January 15, 1908.) Action by John F. Slater against Louise Grannemann, personally and as administratrix of the estate of Christian Grannemann, deceased. No opinion. Order affirmed, with $10 costs and